Jack Katz, an Infant, etc., by Samuel Katz, His Guardian ad Litem, Appellant, v. Brooklyn Edison Company, Inc., Respondent, and Another, Defendant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Katherine Last, an Infant, by August Last, Her Guardian ad Litem, and Others, Appellants, v. Philip Gilbert and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Town of Southold, Appellant, v. Ralph T. Preston, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.